UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PGN INTERNATIONAL GROUP LLC, JSN MASTER DISTRIBUTORS LLC, NOW PLASTICS, INC., AMMEX CORPORATION, ITI MANUFACTURING, INC., OCTANE SEATING LLC, LA MOLISANA S.P.A., FRATELLI FERRO SEMOLERIE MOLISANE S.R.L., MOSAICS OF AMERICA, INC., DWYER MARBLES & STONE SUPPLY, INC., OUTDOOR POWER EQUIPMENT DISTRIBUTORS, INC., ZONKD, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*,<br><br>    Defendants. | Court No. 25-00240 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani.

                                         /s/ Mark A. Barnett
                                           Mark A. Barnett
                                           Chief Judge

Dated:   November 4, 2025